UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASIR A. SHAH,<br><br>    Plaintiff,<br><br>v.<br><br>VINAYAK SAXENA,<br><br>    Defendant. | Case No.   23-cv-3127 |

## NOTICE OF REMOVAL

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant Vinayak Saxena ("Saxena"), by undersigned counsel, and pursuant to 28 U.S.C. §§ 1332 and 1441(c), hereby removes the state court action from the District of Columbia Superior Court to this Court, and further states the grounds for removal as follows:

1.     On or about July 28, 2023, Plaintiff Shah filed a Complaint in the District of Columbia Superior Court alleging two claims for relief arising from a failed real estate investment. The Complaint is attached hereto as Exhibit A. Shah alleges that he is an individual who is a Maryland resident. Exhibit A at ¶ 2.

2.     The District of Columbia Superior Court action is styled as *Shah v. Saxena*, Civil Action No. 2023-CAB-004654. Defendant Saxena is a Maryland resident and the only Defendant in this action.

3.     Count I alleges legal malpractice by Defendant Saxena relating to a real estate investment in the District of Columbia. *See* Exhibit A at ¶¶ 55 – 88. Count II alleges breach of a

contract between the Parties based on the same allegations of fact and seeks damages for the same harm that is alleged in Count I. *See* Exhibit A at ¶¶ 89 - 112.

4. A copy of all pleadings, process, and orders served by the Parties in this action is attached hereto as Exhibit B.

5. Contrary to the alleged residence in Maryland, Plaintiff Shah is a resident of the Commonwealth of Virginia. Beginning on September 22, 2023, Defendant's counsel began to discover information demonstrating that Plaintiff Shah is not a Maryland resident but is instead a Virginia resident living at 6605 Spring Road, Springfield, Virginia 22150. This fact is demonstrated by property ownership data, statements by Plaintiff to the Virginia State Corporation Commission and Plaintiff's real estate license.

6. Based on the information discovered, Defendant believes that Plaintiff is a Virginia resident who alleged Maryland residence to destroy diversity jurisdiction in this Court. Indeed, Defendant further concealed the diversity of citizenship by failing to provide his address on the initial pleading as required by SCR-Civil 10-I.

7. Based on the discovered evidence, this Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1332(a) because Plaintiff Shah and Defendant Saxena are citizens of different states and the amount in controversy exceeds $75,000. *See* 28 U.S.C. § 1441(b) and Exhibit A at ¶¶ 88 and 112.

8. This Notice of Removal, in accordance with 28 U.S.C. § 1446, is timely filed within 30 days of September 22, 2023, the day on which Defendant's counsel first discovered information indicating that Plaintiff is a resident of Virginia. *See* 28 U.S.C. § 1446(b)(3) (stating that a "notice of removal may be filed within thirty days after receipt by the defendant, through service or

otherwise, of . . . other paper from which it may first be ascertained that the case is one which is or has become removable").

9. In accordance with the foregoing, Defendant Vinayak Saxena hereby provides Notice that the action styled as *Shah v. Saxena*, Civil Action No. 2023-CAB-004654, pending in the District of Columbia Superior Court, is removed to this Court.

WHEREFORE, Defendant Saxena respectfully requests that this Court accept jurisdiction of this action from the District of Columbia Superior Court.

DATED: October 18, 2023　　　　　　　　　Respectfully submitted,

Richard W. Driscoll (DC 436471)
rdriscoll@driscollseltzer.com
DRISCOLL & SELTZER, PLLC
2000 Duke Street, Suite 300
Alexandria, VA 22314
703.879.2601 Direct
703.997.4892 Facsimile

*Counsel for Defendant*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of October 2023, a copy of the foregoing Notice of Removal was served via the Court's e-filing system on all counsel of record, and by email on:

J. Chapman Petersen
jcp@petersenfirm.com
Christopher T. Robertson
cr@petersenfirm.com
Chap Petersen & Associates, PC
3970 Chain Bridge Road
Fairfax, Virginia 22030.

Richard W. Driscoll